**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ONESTAFF MEDICAL, LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVIN HEALTHCARE WORKFORCE SOLUTIONS, INC.; ST. MARY'S HEALTHCARE; CLAXTON-HEPBURN MEDICAL CENTER; ALBANY MED HEALTH SYSTEM d/b/a SARATOGA HOSPITAL; ONEIDA HEALTH SYSTEMS, INC.; and COLUMBIA MEMORIAL HOSPITAL,<br><br>Defendants. | Case No. 1:26-cv-225 (ECC/PJE) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Davin Healthcare Workforce Solutions, Inc. ("**Davin**"), by and through its undersigned attorneys, Morrison Cohen LLP, hereby discloses and states that Davin HealthCare, Inc., a Delaware corporation, owns an interest in Davin's stock greater than 10%.

Dated: March 20, 2026

**MORRISON COHEN LLP**

By: */s/ Heath D. Rosenblat*
Heath D. Rosenblat

909 Third Avenue, 27th Floor
New York, New York 10022
Tel: (212) 735-8600

*Attorneys for Defendant Davin Healthcare Workforce Solutions, Inc.*