**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ONESTAFF MEDICAL, LIMITED LIABILITY COMPANY,

Plaintiff,

v.

DAVIN HEALTHCARE WORKFORCE SOLUTIONS, INC.; ST. MARY'S HEALTHCARE; CLAXTON-HEPBURN MEDICAL CENTER; ALBANY MED HEALTH SYSTEM d/b/a SARATOGA HOSPITAL; ONEIDA HEALTH SYSTEMS, INC.; and COLUMBIA MEMORIAL HOSPITAL,

Defendants.

Case No. 1:26-cv-225 (ECC/PJE)

**NOTICE OF WITHDRAWAL**

To the Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that pursuant to Local Rule 11.1(b), the undersigned hereby notifies the Court and all parties of intent to withdraw his appearance and Morrison Cohen LLP (“**Morrison Cohen**”)’s representation as counsel for Defendant Davin Healthcare Workforce Solutions, Inc. (“**Davin**”). Cause exists for the Court to enter an order approving counsel’s withdrawal because of a breakdown in the attorney-client relationship, resulting in Morrison Cohen’s termination as litigation counsel. Counsel is not aware of substitute counsel for Davin at this time.

Dated: New York, New York
May 14, 2026

MORRISON COHEN LLP

By: /s/ *Heath D. Rosenblat*

Heath D. Rosenblat
909 Third Avenue
New York, New York 10022
(212) 735-8600
(212) 735-8708 (fax)
E-mail: hrosenblat@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the District Court, which sent notification of such filing to all parties receiving notice via CM/ECF. I further certify that on this date, I delivered notice *via* overnight mailing to:

Davin Healthcare
c/o David Theobald – Past President & CEO
P.O. Box 3367, Washington Ave
Saratoga Springs, NY 12866

/s/ *Heath D. Rosenblat*