**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ONESTAFF MEDICAL, LIMITED LIABILITY COMPANY, a Nebraska limited liability company,

Plaintiff,

v.

DAVIN HEALTHCARE WORKFORCE SOLUTIONS, INC., a New York corporation; CLAXTON-HEPBURN MEDICAL CENTER, a New York not-for-profit corporation;

Defendants.

Case No. 26-cv-225

**CONSENT JUDGMENT**

COMES NOW Plaintiff OneStaff Medical Limited Liability Company, a Nebraska limited liability company with a principal place of business at 10802 Farnam Drive, Suite 101, Omaha, Nebraska 68154 ("OneStaff"), and Defendant Davin Healthcare Workforce Solutions, Inc. ("Davin"), a New York corporation with a mailing address of P.O. Box.3367 Washington Ave., Saratoga Springs, New York 12866, stipulating and consenting to the following:

1. Davin is subject to the personal and subject matter jurisdiction of this Court.

2. All of the agreements attached to the Complaint between OneStaff and Davin (or its predecessor in interest) are valid and enforceable and are not the subject

of duress or any undue influence or any other defense whatsoever. Davin waives and releases any defense or challenge to the validity and enforceability of those agreements, whether pled or that could have been pled.

3. The statements attached to the Complaint accurately reflect the total principal amount of $343,559.09 owed to OneStaff by Davin pursuant to the terms of the agreements between OneStaff and Davin.

a. OneStaff provided the underlying services to the other parties originally named in the above-captioned action, including Defendant Claxton-Hepburn Medical Center ("Claxton"), who remains a defendant herein. Claxton is presently a debtor in a chapter 11 proceeding pending in the bankruptcy court in this District that is jointly-administered under Case No. 26-60099-5 (WAK). The services provided resulted in the invoices summarized in the statements attached to the Complaint.

b. OneStaff properly submitted invoices to Davin for the services performed.

c. Davin properly billed the relevant facilities for the services performed.

d. Davin Healthcare received payment from various facilities for the services performed, but remains unpaid by Claxton.

e. The statements attached to the Complaint accurately reflect the amount due to OneStaff after Davin's administrative fee has been applied or such fee is hereby waived and released.

4. Davin hereby consents to judgment in favor of OneStaff in the principal sum of $343,559.09, together with post-judgment interest as allowed by law until paid in full. The Court may immediately enter Judgment without the need for further hearing.

WHEREFORE, Defendant Davin Healthcare Workforce Solutions, Inc. respectfully requests that the Court enter judgment against Defendant Davin Healthcare Workforce Solutions, Inc. in the amount of $343,559.09, together with post-judgment interest as allowed by law until paid in full.

Dated this 29th day of May 2026.

**DAVIN HEALTHCARE**
**WORKFORCE SOLUTIONS, INC.**

[signature]
By: David Theobald
Its Past CEO and President



#14589239v3\030421\0005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of June, 2026, the foregoing was filed with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all parties requesting notice; as well as by overnight carrier to:

Davin Healthcare Workforce Solutions Inc.
P.O. Box 3367 Washington Ave.
Saratoga Springs, New York 12866

*/s/John V. Matson*
John V. Matson



#14589239v3\030421\0005